**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Michael A. GINDRAW, Defendant—
Appellant.**

No. 04–6738.

United States Court of Appeals,
Fourth Circuit.

Submitted July 30, 2004.

Decided Aug. 10, 2004.

Michael A. Gindraw, Appellant pro se. Isaac Louis Johnson, Jr., Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Michael A. Gindraw seeks to appeal the district court's order granting the Government's motion for summary judgment on his 28 U.S.C. § 2255 (2000) motion. We have independently reviewed the record and conclude that Gindraw has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*